# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL JEROME SMITH,
     Appellant,
    vs.
THE STATE OF NEVADA,
     Respondent.

No. 78814

FILED

JUN 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a "Judgment/Order entered on the 21 day of March, 2019 by this court." Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision was entered on March 21, 2019. To the extent that appellant appeals from the order dismissing appeal entered in Docket No. 76787, no statute or court rule provides for an appeal from such an order. *See Castillo v. State*, 106 Nev. 349, 792 P.2d 1133 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
   Pickering

_____, J.
Parraguirre

_____, J.
   Cadish

19 - 26279

cc: Hon. Jerome M. Polaha, District Judge
Michael Jerome Smith
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A